# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>PRIMAL TECHNOLOGIES, INC., a Canada corporation,<br><br>        Defendant. | CASE NO. 6:12-cv-00165-LED<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PRIMAL TECHNOLOGIES, INC.

PLEASE TAKE NOTICE THAT Plaintiff Klausner Technologies, Inc. ("Klausner") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses its claims against Defendant Primal Technologies, Inc. ("Primal Technologies"). By agreement of the parties, Primal Technologies has not filed an answer or other responsive pleading. The dismissal of Primal Technologies is made with prejudice.

Klausner has not released, and nothing in this Notice should be construed as a release or discharge of, any claim Klausner has or may have in the future against any other asserted infringer of the patent-in-suit. All other rights have been and are expressly reserved.

Dated: August 14, 2012                              Respectfully submitted,

                                                   By:  /s/ Pierre R. Yanney

                                                         Sidney Calvin Capshaw, III
                                                         State Bar No. 03783900

-2-

    Capshaw DeRieux, LLP
    114 E. Commerce Ave.
    Gladewater, Texas 75647
    Telephone: (903)-233-4826
    Facsimile: (903)-236-8787
    Email:  ccapshaw@capshawlaw.com

OF COUNSEL:

Pierre R. Yanney
State Bar No. 033391993
Email: pyanney@stroock.com
William J. Seymour
State Bar No. 4770665
Email: wseymour@stroock.com
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, N.Y. 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

    ATTORNEYS FOR PLAINTIFF,
    KLAUSNER TECHNOLOGIES, INC.

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), I hereby certify that counsel for Klausner conferred with counsel for Primal Technologies and this Notice is agreed.

/s/ Pierre R. Yanney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document this 14th day of August 2012, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Pierre R. Yanney