# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, | |
| Plaintiff, | |
| vs. | CASE NO. 6:12-cv-00165-LED |
| PRIMAL TECHNOLOGIES, INC., a Canada corporation, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO PRIMAL TECHNOLOGIES, INC.

Plaintiff and Defendant Primal Technologies, Inc. have reached an agreement that resolves all issues between them as relates to the matters asserted in this lawsuit.

IT IS THEREFORE ORDERED that the claims by Plaintiff against Defendant Primal Technologies, Inc. are DISMISSED with prejudice to the refiling of same.

Plaintiff has not released, and nothing in this Order shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other potential defendant other than as set forth in the agreement between Plaintiff and Primal Technologies, Inc.. All other such rights have been and are expressly reserved.

Each party shall bear its own costs and attorneys' fees. The Court retains jurisdiction to enforce the terms of the settlement.

**So ORDERED and SIGNED this 15th day of August, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**